UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE
CASE NUMBER: 03-CV-613

JOHN HOTALEN,
                              Plaintiff,

VS.

NORMAN GOOD, ROBERT KELLER and
COLIN BELL
                              Defendants,

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** through the rendered jury verdict that there is no cause of action against defendants Norman Good, Robert Keller and Colin Bell and judgment is entered in their favor and against plaintiff, John Hotalen.

Date: June 22, 2005            Clerk: Lawrence K. Baerman
                               (By) Deputy Clerk: Cynthia J. Mezoff